IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JASON WAYNE MCNUTT                                            PLAINTIFF

v.                          No. 4:12-cv-432-DPM

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                                DEFENDANT

## JUDGMENT

The Court affirms the Commissioner's decision and dismisses McNutt's complaint with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

24 July 2013